# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

DORA MAYBE DAMATTA-RODRIGUEZ

**SEALED**
**WARRANT FOR ARREST**

**CRIMINAL CASE: 7:18-CR-133-FL**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**DORA MAYBE DAMATTA-RODRIGUEZ** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ SEALED Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

_____ Order of Court: ___ Violation Notice __ Probation Violation Petition charging him/her with:

Count 1 - 18 U.S.C. § 1015(f): False statement and claim of United States Citizenship in order to register to vote

Count 2 - 18 U.S.C. § 611(a): Voting by an alien

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

August 1, 2018 - WILMINGTON, NORTH CAROLINA
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at | | |
| DATE RECEIVED 8/2/18 <br> DATE OF ARREST 8/23/18 | NAME AND TITLE OF ARRESTING OFFICER <br> J. Torrens, ICE | NAME AND TITLE OF ARRESTING |

**FILED**

AUG 2 4 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK